**STATE of Missouri, Respondent,**

v.

**Jennifer HALL, Appellant.**

**No. WD 60841.**

Missouri Court of Appeals, Western District.

July 22, 2003.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 2, 2003.

Application for Transfer Denied Sept. 30, 2003.

Matthew J. O'Connor, Kansas City, for appellant.

John M. Morris, III, Jefferson City, for respondent.

Before: HOWARD, P.J., LOWENSTEIN and HARDWICK, JJ.

### ORDER

PER CURIAM.

Jennifer Hall appeals her conviction for second degree arson, § 569.050, RSMo 2000, and three-year prison sentence. For reasons stated in the Memorandum provided to the parties, we affirm. Rule 30.25(b).